IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA SIMONE MCBRIDE | : | CIVIL ACTION |
| v. | : | |
| ANDREW SAUL, Commissioner of Social Security | : | NO. 19-4097 |

## **O R D E R**

AND NOW, this 15th day of January 2020, upon consideration of Plaintiff's brief (Doc. 11), Defendant's unopposed Motion to Remand (Doc. 12), and the administrative record (Doc. 10), IT IS HEREBY ORDERED that the Motion for Remand is GRANTED, and the case is REMANDED to Defendant for further evaluation under sentence four of 42 U.S.C. § 405(g). This is a final Order. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.